IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                    Case Nos.     3:09cr48/LAC
                                                          3:10cv437/LAC/EMT

MICHAEL COBB

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 27, 2012 (doc. 53). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's "Letter to Judge Timothy" (doc. 52), construed as a motion to withdraw Defendant's § 2255 motion, is **GRANTED**.

3. Defendant's § 2255 motion (doc. 40) is **DENIED as moot**.

**DONE AND ORDERED** this 7th day of January, 2013.

                                                            s/*L.A. Collier*
                                                            **LACEY A. COLLIER**
                                                            **SENIOR UNITED STATES DISTRICT JUDGE**